

# IN THE
# TENTH COURT OF APPEALS

### No. 10-08-00342-CR

**ROBERT VINCENT ENRIGHT, SR.,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the County Court at Law No. 1
Johnson County, Texas
Trial Court No. T200701154**

## MEMORANDUM  OPINION

Robert Vincent Enright, Sr. was found guilty of a Class C Misdemeanor in the justice of the peace court and appealed that decision to the county court at law for a trial de novo.  *See* TEX. CODE CRIM. PROC. ANN. art. 45.042 (Vernon 2006).  He was found guilty by a jury in the county court at law and a fine of $50 was imposed.  Enright has attempted to appeal that judgment.

In a letter, the Clerk of this Court notified Enright and the State that we questioned our jurisdiction because, among other reasons, the appeal was from a trial de novo in the county court at law from an inferior court's ruling and requested a

response from both parties.  *See* TEX. CODE CRIM. PROC. ANN. art. 4.03 (Vernon 2005).

Each party has provided a response.

We have no jurisdiction of appeals from a trial de novo in the county court at law

of an inferior court's ruling if the fine imposed in the county court at law does not

exceed $100.  *Id*.  The fine imposed in the county court at law was only $50.  Enright's

response to our letter did not present any argument that we have jurisdiction of this

appeal which overcomes the above described limits placed upon this Court's

jurisdiction by the legislature.

Accordingly, his appeal is dismissed.  *See* TEX. R. APP. P. 44.3.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Reyna, and
    Justice Davis
Appeal dismissed
Opinion delivered and filed March 25, 2009
Do not publish
[CR25]